# Order

Michigan Supreme Court
Lansing, Michigan

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

142017

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 142017
COA: 290918
Oakland CC: 2007-217760-FC

EDWARD ALBERT STENBERG,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 12, 2010 judgment of the Court of Appeals remains PENDING. The defendant, through his counsel, has requested review of the issues raised in the Admin Order 2004-6 Standard 4 brief he filed at the Court of Appeals. Such a request must be accompanied by a supporting motion. See *People v Waclawski*, 487 Mich ___ (Docket No. 140629, decided November 5, 2010). The defendant shall have 14 days from the date of this order to file a motion in connection with his request.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

0131